USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/14/13

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------X

THOMAS SMITH,                        :       12 Civ. 4279 (LAP)
                                     :
                 Plaintiff,          :
                                     :           ORDER
       v.                            :
                                     :
ALLIED INTERSTATE, INC.,             :
                                     :
                 Defendant.          :
------------------------------------X

LORETTA A. PRESKA, Chief United States District Judge:

       On September 4, 2012, Plaintiff filed a motion seeking

attorneys' fees and costs incurred in connection with

Plaintiff's action brought under the Fair Debt Collection

Practices Act, 15 U.S.C. § 1692, et seq., ("FDCPA"). Plaintiff

has accepted a modest offer of judgment made by Allied

Interstate, Inc. The offer of judgment included reasonable

costs and attorneys' fees. Plaintiff seeks $3,463.50 in fees

and costs.

       The Court referred the attorneys' fees motion to Magistrate

Judge Freeman, who issued a Report and Recommendation on January

30, 2013 (the "Report") which considered and assessed the

detailed time records provided by the Kimmel Firm. The Report

recommended that Plaintiff be awarded $1,172.50 in fees and $350

in costs, for a total award of $1,522.50.[1]   (Report at 59.)   The

Report advised that the parties shall have fourteen days from

service of the Report to file written objections.   Neither party

submitted any objections to the Report.   For the reasons set

forth below, the Court adopts the Report in its entirety.

A district court may adopt portions of a magistrate's

report to which "no specific, written objection" is made, as

long as those sections are not clearly erroneous.   See

Fed.R.Civ.P. 72(b); Thomas v. Arn, 474 U.S. 140, 149 (1985).   A

district judge may accept, reject, or modify, in whole or in

part, the findings and recommendation of the magistrate.   See

DeLuca v. Lord, 858 F.Supp. 1330, 1345 (S.D.N.Y. 1994).

The Report is not clearly erroneous.   Magistrate Judge

Freeman's determinations are supported by the law and the record

in all material respects.   Magistrate Judge Freeman used the

"lodestar" method, which is arrived at by multiplying "the

number of hours reasonably expended on the litigation . . . by a

reasonable hourly rate," Hensley v. Eckerhart, 461 U.S. 424

(1983), to evaluate Plaintiff's request for attorneys' fees and

---

[1]   In the Report, Magistrate Judge Freeman recommended awarding
"$1,172.50 in fees and $350 in costs, for a total award of
$1,722.50."   (Report at 59.)   The recommended amounts are well-
reasoned and appropriate, but the Court notes that the sum of
the numbers is $1,522.50 not $1,722.50 and it appears to be a
simple error.

costs and modified the requested amount from $3,463.50 to $1,522.50.

For the reasons stated herein, the Court adopts the Report in its entirety.

Plaintiff's motion [dkt. no. 16] is GRANTED and the Clerk of the Court is respectfully requested to enter judgment for Plaintiff in the amount of $1,522.50.

SO ORDERED.


Dated:          New York, New York

                March  //  , 2013


                            _Loretta A. Presla_

                            LORETTA A. PRESKA,

                            CHIEF U.S.D.J.

3